IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON L. STARR, ) | No. C 07-03046 JW (PR) |
| Petitioner, ) | |
| vs. ) | JUDGMENT |
| JAMES E. TILTON, ) | |
| Respondent. ) | |

Petitioner, an inmate at the California Medical Facility in Vacaville, seeks to file a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed an application to proceed in forma pauperis, but failed to submit a Certificate of Funds in Prisoner's Account along with a copy of her prisoner trust account statement showing transactions for the last six months. On June 12, 2007, this court's clerk sent petitioner a notice that she must file the appropriate documents within thirty days or the case would be dismissed. The deadline has since passed, and the petitioner has not complied.

Accordingly, this case is DISMISSED without prejudice. Judgment is entered accordingly.

The clerk shall close the file.

DATED: August 27, 2007

JAMES WARE
United States District Judge

Judgment
N:\Pro - Se\8.29.2007\07-03046 Starr03046_dism-judg (ifp).wpd