IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHANNON L. STARR, | ) | |
| | ) | No. C 07-03046 JW (PR) |
| Petitioner, | ) | |
| | ) | ORDER REOPENING HABEAS CORPUS ACTION |
| vs. | ) | |
| | ) | |
| JAMES E. TILTON, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On August 29, 2007, the Court dismissed this pro se habeas corpus action because petitioner, a state prisoner, had failed to submit a Certificate of Funds in Prisoner's Account along with a copy of her prisoner trust account statement showing transactions for the last six months. In a recent letter to the Court, petitioner claims that she had timely requested the prison trust account office to send the documents to the Court. She requests that the petition be reinstated.

In the interests of justice, the Court grants petitioner **thirty (30) days** from this order to submit the required documents, i.e., a Certificate of Funds in Prisoner's Account along with a copy of her prisoner trust account statement showing transactions for the last six months.

Order Reopening Habeas Corpus Action
P:\PRO-SE\SJ.JW\HC.07\Starr03046_reopen.wpd

For the foregoing reasons, and for good cause shown:

1) The order of dismissal entered August 29, 2007, is vacated.

2) The clerk shall reopen the file.

The clerk shall enclose with a copy of this order to petitioner a blank Certificate of Funds in Prisoner's Account form.

**<u>FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PETITIONER</u>**

DATED: October 9, 2007

JAMES WARE
United States District Judge

Order Reopening Habeas Corpus Action
P:\PRO-SE\SJ.JW\HC.07\Starr03046_reopen.wpd        2