Shannon L Starr
J60853
California Medical Facility (CMF)
Post Office Box 2000
Vacaville, CA 95696-2000

07-3046 JW



## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____ .

_____

Dated:_____                                _____

[Authorized officer of the institution]

- 5 -