Shannon L Starr J60853
California Medical Facility (CMF)
Post Office Box 2000
Vacaville, CA 95696-2000

CV07-03046 JW



ORIGINAL FILED

OCT 19 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON L. STARR,<br>　　Petitioner,<br>vs.<br>JAMES E. TILTON,<br>　　Respondent. | No. C 07-03046 JW (PR)<br><br>ORDER REOPENING HABEAS CORPUS ACTION |

On August 29, 2007, the Court dismissed this pro se habeas corpus action because petitioner, a state prisoner, had failed to submit a Certificate of Funds in Prisoner's Account along with a copy of her prisoner trust account statement showing transactions for the last six months. In a recent letter to the Court, petitioner claims that she had timely requested the prison trust account office to send the documents to the Court. She requests that the petition be reinstated.

In the interests of justice, the Court grants petitioner **thirty (30) days** from this order to submit the required documents, i.e., a Certificate of Funds in Prisoner's Account along with a copy of her prisoner trust account statement showing transactions for the last six months.

Order Reopening Habeas Corpus Action
P:\PRO-SE\SJ.JW\HC.07\Starr03046_reopen.wpd

1  For the foregoing reasons, and for good cause shown:

2  1)   The order of dismissal entered August 29, 2007, is vacated.

3  2)   The clerk shall reopen the file.

4  The clerk shall enclose with a copy of this order to petitioner a blank Certificate of Funds in Prisoner's Account form.

**FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PETITIONER**

DATED: OCT 0 9 2007

JAMES WARE
United States District Judge

Order Reopening Habeas Corpus Action
P:\PRO-SE\SJ.JW\HC.07\Starr03046_reopen.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHHANON L. STARR,

        Petitioner,

v.

JAMES E. TILTON,

        Respondent.

Case Number: CV07-03046 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __OCT 1 9 2007__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shannon L Starr J60853
California Medical Facility (CMF)
Post Office Box 2000
Vacaville, CA 95696-2000

Dated: __OCT 1 9 2007__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk