IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON L. STARR,         )<br>                                       )<br>            Petitioner,        )<br>                                       )<br>   vs.                               )<br>                                       )<br>JAMES E. TILTON,           )<br>                                       )<br>            Respondent.      )<br>                                       ) | No. C 07-03046 JW (PR)<br><br>JUDGMENT |

Petitioner, an inmate at the California Medical Facility in Vacaville, seeks to file a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed an application to proceed in forma pauperis, but failed to submit a Certificate of Funds in Prisoner's Account along with a copy of her prisoner trust account statement showing transactions for the last six months. On June 12, 2007, this court's clerk sent petitioner a notice that she must file the appropriate documents within thirty days or the case would be dismissed. Because petitioner failed to comply with the deadline, this Court dismissed the case without prejudice on August 29, 2007.

Petitioner wrote to the Court thereafter, stating that she had timely requested the prison trust account office to send the necessary documents to the Court. She

Judgment
G:\PRO-SE\SJ.JW\HC.07\Starr03046_dism-judg.wpd

requested that the petition be reinstated.  In the interests of justice, the Court reopened the file on October 19, 2007, and granted petitioner another thirty days from the date of the order to submit the required documents.  Petitioner was warned that failure to file a timely response in accordance with the order would result in the dismissal of the action without further notice to petitioner.  The deadline has since passed, and petitioner has not complied.

Accordingly, this case is DISMISSED without prejudice.  Judgment is entered accordingly.

The clerk shall close the file.

DATED:   March 10, 2008

JAMES WARE
United States District Judge

Judgment
G:\PRO-SE\SJ.JW\HC.07\Starr03046_dism-judg.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHHANON L. STARR,

        Petitioner,

v.

JAMES E. TILTON,

        Respondent.

Case Number: CV07-03046 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  3/20/2008 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shannon Lee Starr
2695 Amalfi Drive
Chowchilla, Ca 93610

Dated:  3/20/2008

        Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk